# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-1227

_____

ANTWAUN BROWN,

Petitioner,

v.

UNITED PARCEL SERVICE, INC.,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.


May 1, 2026


PER CURIAM.

DISMISSED.

ROWE, M.K. THOMAS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Antwaun Brown, pro se, Petitioner.

No appearance for Respondent.